No. 51452.—Protests 123595–K, etc., of Marques Del Merito, Inc., et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of the various barrels, casks, packages, etc., was lost in transit from the port of exportation to the port of destination, because of breakage, leakage, or damage. In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gaugers' returns as verified by the affidavits of the importers. The protests were sustained to this extent.

No. 51453.—Protest 38948–K of Goff, Hopkins, Inc. (Philadelphia).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304). In accordance therewith the protest was sustained as claimed.

No. 51454.—Petition 6436–R of Stein Importing Co. (Los Angeles).

Opinion by KEEFE, J. From the evidence presented it was held that the petitioner made entry in good faith and was without intention to defraud the revenue or to conceal or to misrepresent the facts or to deceive the appraiser as to the value. The petition was therefore granted.

No. 51455.—Protests 88680–K, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51456.—Protests 126338–K, etc., of Vintage Wines, Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.